PEOPLE ex rel. BUCKEL v. GRELL, Sheriff.

(Supreme Court, Special Term, New York County. July, 1900.)

BANKRUPTCY—DEBT FOUNDED ON CONTRACT—DIVORCE PROCEEDINGS—ALIMONY.
Since the duty of a husband to support his wife during her life is a continuing duty arising out of the marital relation, a decree in a divorce proceeding, granting alimony to the wife, is not a debt "founded on a contract," within Bankr. Act 1898, § 63, and is therefore not affected by a discharge of the husband in bankruptcy proceedings thereunder.

Habeas corpus by the people, on the relation of Peter Buckel, against William F. Grell, sheriff of the county of New York, for the discharge of relator, who was committed for nonpayment of alimony. Writ dismissed.

Robert J. Haire, for relator.
Philip J. Britt, for sheriff.
Alfred Steckler, for plaintiff in divorce action.

McADAM, J. There being a continuing duty resting upon the husband arising out of the marital relation to support his wife during her life, a decree granting alimony is not a debt "founded on contract," within the meaning of the bankruptcy act, and is not affected by a discharge granted therein. Noyes v. Hubbard, 64 Vt. 302, 15 L. R. A. 394; In re Lachemeyer, 18 N. B. R. 270, Fed. Cas. No. 7,966; Branden.

Bankr. 354; Nels. Div. & Sep. § 938; Bish. Mar., Div. & Sep. (Ed. 1891) § 837; Beach v. Beach, 29 Hun, 181; and kindred cases.

Writ dismissed, and prisoner remanded.